JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. SPENGLER,<br><br>           Petitioner,<br><br>    v.<br><br>LA.D.A. OFFICE,<br><br>           Respondent. | Case No. 2:20-cv-11824-DOC (SP)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: March 8, 2022

*David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE